UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE S. LOVOI, *pro se* | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 09-778 (RJL) |
| U.S. DEPARTMENT OF JUSTICE | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 15th day of January, 2010, hereby

**ORDERED** that defendant's Motion to Dismiss [# 9] is GRANTED, and it is further

**ORDERED** that the case is DISMISSED. All pending motions remaining on the docket [# 11, 13, 16] are DENIED as moot.

This is a final appealable Order.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge